HOWARD ALLISON, Receiver, etc., Respondent; *v.* WILLIAM
E. WELLER, Appellant.

THE SAME, Respondent, *v.* THERON WELLER, Impleaded, etc.,
Appellant.

(Argued April 14, 1876 ; decided April 25, 1876.)

THE first case reported below, 8 Hun, 608.

*Gilbert O. Hulse* for the appellants.

*D. D. McKoon* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgments affirmed.